Argued and submitted June 23, reversed and remanded for reconsideration
September 6, 1995

In the Matter of the Compensation of
Tivis E. Hay, Claimant.
## LIBERTY NORTHWEST INSURANCE CORPORATION
and Murphy Plywood,
*Petitioners,*

*v.*

Tivis E. HAY
and SAIF Corporation,
*Respondents.*

(WCB 92-13904, 92-11494, 92-09270; CA A84648)
901 P2d 919

Brian L. Pocock argued the cause and filed the brief for petitioners.

James C. Coffey argued the cause for respondent Tivis E. Hay. With him on the brief was Stebbins & Coffey.

Steven R. Cotton, Special Assistant Attorney General, argued the cause for respondent SAIF Corporation. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

**PER CURIAM**

Liberty Northwest Insurance Corporation seeks review of an order of the Workers' Compensation Board assigning to it responsibility for claimant's occupational disease claim.

The statutes pertinent to this review have been amended by Oregon Laws 1995, chapter 332. Because the amended version of the statutes is applicable here, we remand for reconsideration in the light of the new law. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).

Reversed and remanded for reconsideration.